UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: KEHINDE ELEBUTE <br>   Debtor and Appellant <br> v. <br> VILLAGE CAPITAL & INVESTMENT LLC, <br> MICHAEL WEEMS <br>   Appellees | § § § § § § <br> Case No. 4:23-cv-02674 |

## ORDER GRANTING
## APPELLEES' MOTION TO DISMISS

Defendant/Appellees Village Capital & Investment LLC ("Village Capital") and Michael Weems ("Weems") (collectively "Appellees"), filed their Motion to Dismiss this appeal February 19, 2024. Upon review, the Court finds cause to grant the Motion.

This appeal is dismissed.

_____
Honorable George C Hanks, Jr
U.S. District Judge